EDGAR E. HOLLEY, *Respondent*, *v.* PARMENUS JOHNSON AND EDWIN K. SCRANTON, *Appellants.*— Judgment reversed, new trial ordered, costs to abide event. Opinion by DAVIS, P. J.

KATE L. S. MAPES AND PETER SHAND, *Appellants*, *v.* AGNES S. WEST, *Respondent.* — Order reversed, with costs. Opinion by DANIELS, J.

SIDNEY P. NICHOLS, *Respondent*, *v.* CHARLES F. McLEAN, *Appellant.*— Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

CHARLES W. ADAMS, *Appellant*, *v.* EDWARD ROBERT, *Respondent.*— Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

THE MAJOR AND KNAPP MANUFACTURING, LITHOGRAPHIC AND ENGRAVING COMPANY, *Respondent*, *v.* AUGUST WERNER and others, *Appellants.*— Judgment reversed, new trial ordered, costs to abide event. Opinion by BRADY, J.

CHARLES COHN, *Respondent*, *v.* WILLIAM B. BURTNELL AND DANIEL A. BURTNELL, *Appellants.*— Judgment affirmed. Opinion by BRADY, J.

AARON H. WELLINGTON, *Respondent*, *v.* FRANKLIN MOREY AND JAMES A. SPERRY, *Appellants.*— Judgment and order affirmed. Opinion by DAVIS, P. J.